

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2023

No. 04-23-00176-CR

**IN RE** Darvin **PEREZ-HERNANDEZ**

Original Proceeding[1]

**ORDER**

On March 6, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted in part on March 8, 2023. After considering the petition, real party in interest's response, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on March 8, 2023 is **LIFTED**.

It is so **ORDERED** on May 3, 2023.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2023.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 14047CR, styled *State of Texas v. Darvin Perez-Hernandez*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.